**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 11, 2008

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**RE: CV 08-3644 PJH (PR) Winn v. California Department of Corrections**

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☐ Certified copy of docket entries.

   ☐ Certified copy of Transferral Order.

   ☐ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

       Sincerely,
       RICHARD W. WIEKING, Clerk

       *Felicia Reloba*

       by: Felicia Reloba
       Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, HABEAS, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-03644-PJH
### Internal Use Only

| | |
|---|---|
| Winn v. California Department of Corrections | Date Filed: 07/30/2008 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 08/08/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**John Lamont Winn**      represented by    **John Lamont Winn**
CDC # F-62680
P.O. Box 5000
Delano, CA 93216
PRO SE

V.

**Respondent**

**California Department of Corrections**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2008 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5 not paid) Filed byJohn Lamont Winn. (mat, COURT STAFF) (Filed on 7/30/2008) (Entered: 07/31/2008) |
| 07/30/2008 | 2 | CLERK'S NOTICE re In Forma Pauperis affidavit or payment of filing fee due within 30 days. (mat, COURT STAFF) (Filed on 7/30/2008) (Entered: 07/31/2008) |
| 08/08/2008 | 3 | ORDER OF TRANSFER. Signed by Judge Phyllis J. Hamilton on 8/8/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 8/8/2008) (Entered: 08/08/2008) |